THE STATE EX REL. SAUNDERS, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLEE, ET AL.

[Cite as *State ex rel. Saunders v. Indus. Comm.,*
101 Ohio St.3d 94, 2004-Ohio-26.]

(No. 2003–0985—Submitted December 1, 2003—Decided January 21, 2004.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

Robert M. Robinson, for appellant.

Jim Petro, Attorney General, and Keith D. Blosser, Assistant Attorney General, for appellee.